## CONTINENTAL CASUALTY COMPANY, Movant,

v.

## Cora SMITH, Respondent.

Supreme Court of Kentucky.

June 16, 1981.

James D. Ishmael, Jr., Brown, Sledd & McCann, PSC, Lexington, for movant.

Charles Nick Benson, Rouse & Benson, Walton, for respondent.

### OPINION AND ORDER

The Court, having considered the briefs of movant and respondent and having heard oral argument in this matter, is of the opinion that discretionary review was improvidently granted.

This Court's, 613 S.W.2d 136 order granting discretionary review is vacated and the case is remanded to the Court of Appeals for the issuance of its mandate.

Entered June 16, 1981.

/s/ John S. Palmore

Chief Justice